FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2016 MAR 17 AM 9:38

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

MICHAEL SMITH,

Plaintiff,

CASE NO.: 5:16-cv-140-OC-30PRL

-VS-

WELLS FARGO BANK, N.A. d/b/a WELLS FARGO DEALER SERVICES, INC.,

Defendant.

_______________________________/

## COMPLAINT

COMES NOW Plaintiff, Michael Smith (hereinafter "Plaintiff"), by and through the undersigned counsel, and sues Defendant, Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, Inc. (hereinafter "Wells Fargo"), and in support thereof respectfully alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA").

## INTRODUCTION

1. The TCPA was enacted to prevent companies like Wells Fargo from invading American citizen's privacy and prevent abusive "robo-calls."

2. "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." *Mims v. Arrow Fin. Servs., LLC*, -US--, 132 S.Ct., 740, 745, 181, L.Ed. 2d 881 (2012).

3. "Senator Hollings, the TCPA's sponsor, described these calls as 'the ***1256** scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall.'" 137 Cong. Rec. 30, 821 (1991). Senator Hollings presumably intended to give

telephone subscribers another option: telling the autodialers to simply stop calling." *Osorio v. State Farm Bank, F.S.B.*, 746 F. 3d 1242 (11th Cir. 2014).

4. According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." Fact Sheet: Wheeler Proposal to Protect and Empower Consumers Against Unwanted Robocalls, Texts to Wireless Phones, Federal Communications Commission, (May 27, 2015), http://transition.fcc.gov/Daily_Releases/Daily_Business/2015/db0527/DOC-333676A1.pdf.

**JURISDICTION AND VENUE**

5. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and costs.

6. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

7. The alleged violations described in the Complaint occurred in Lake County, Florida.

**FACTUAL ALLEGATIONS**

8. Plaintiff is a natural person, and citizen of the State of Florida, residing in Lake County, Florida

9. Plaintiff is a "consumer" as defined in Florida Statute § 559.55(8).

10. Plaintiff is an "alleged debtor."

11. Plaintiff is the "called party." See *Breslow v. Wells Fargo Bank, N.A.*, 755 F. 3d 1265 (11th Cir. 2014) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. 2014).

12. Defendant, Wells Fargo is a corporation with its principal place of business located at 420 Montgomery St., San Francisco, CA 94163 and which conducts business in the State of Florida through its registered agent, Corporation Service Company, 1201 Hays St, Tallahassee, FL 32301-2525.

13. The debt that is the subject matter of this Complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

14. Wells Fargo called Plaintiff approximately one thousand (1,000) times since August 1, 2014, in an attempt to collect a debt stemming from an automobile loan for an individual whom Plaintiff does not know.

15. Wells Fargo attempted to collect a debt from Plaintiff by this campaign of telephone calls.

16. Wells Fargo intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day and on back to back days, with such frequency as can reasonably be expected to harass.

17. Upon information and belief, some or all of the calls the Defendant made to Plaintiff's cellular telephone number were made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator (including but not limited to a predictive dialer) or an artificial or prerecorded voice; and to dial such numbers as specified by 47 U.S.C § 227(a)(1) (hereinafter "autodialer calls"). Plaintiff will testify that he knew it was an autodialer because of the vast number of calls he received and because he heard a pause when he answered his phone before a voice came on the line.

18. Each call Wells Fargo made to Plaintiff's cell phone was done so without the "express permission" of Plaintiff.

19. Beginning on or about August 1, 2014, Plaintiff began receiving automated calls from Wells Fargo to his cellular telephone (***)***-2082 looking for an individual known only as "Sylvia Espinosa" in regards to collecting on an automobile loan.

20. Plaintiff does not know, nor has ever known, an individual by the name of Sylvia Espinosa.

21. On or about November 2014, upon receiving calls from Wells Fargo, Plaintiff answered and spoke to an agent of Wells Fargo. On both occasions Plaintiff explained to Wells Fargo that he is not Sylvia Espinosa, does not know of any Sylvia Espinosa, and to please stop calling him. On both occasions the agents of Wells Fargo apologized to Plaintiff for the calls and promised to remove his number from the system.

22. The promises of Wells Fargo agents were in vain as despite Plaintiff clearly instructing Wells Fargo they were dialing the wrong number, the automated calls to his cellular telephone for a Sylvia Espinosa continued unabated.

23. Due to the length of time Plaintiff was receiving automated calls as well as the volume of the calls received, Plaintiff was not able to catalogue each and every call, however below is a small sampling of the automated call onslaught which Wells Fargo subjected Plaintiff to:

i) Two (2) calls on July 18, 2015 from 800-289-8004

ii) One (1) call on July 21, 2015 from 800-289-8004

iii) One (1) call on July 24, 2015 from 800-289-8004

iv) One (1) call on July 27, 2015 from 800-289-8004

v) Two (2) calls on July 28, 2015 from 800-289-8004

vi) One (1) call on July 29, 2015 from 800-289-8004

vii) Two (2) calls on July 30, 2015 from 800-289-8004

viii) Three (3) calls on July 31, 2015 from 800-289-8004

ix) One (1) call on August 1, 2015 from 800-289-8004

x) Two (2) calls on August 3, 2015 from 800-289-8004

xi) Two (2) calls on August 4, 2015 from 800-289-8004

xii) Three (3) calls on August 5, 2015 from 800-289-8004

xiii) Three (3) calls on August 6, 2015 from 800-289-8004

xiv) One (1) call on August 19, 2015 from 800-289-8004

xv) One (1) call on August 20, 2015 from 800-289-8004

xvi) One (1) call on August 21, 2015 from 800-289-8004

xvii) One (1) call on August 22, 2015 from 800-289-8004

xviii) One (1) call on August 24, 2015 from 800-289-8004

xix) One (1) call on August 31, 2015 from 800-289-8004

24. Wells Fargo has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as it did to Plaintiff's cellular telephone in this case.

25. Wells Fargo has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice just as it did to Plaintiff's cellular telephone in this case, with no way for the consumer, Plaintiff, or Wells Fargo, to remove the incorrect number.

26. Wells Fargo's corporate policy is structured so as to continue to call individuals like Plaintiff, despite these individuals explaining Wells Fargo they are the wrong party.

27. Wells Fargo has numerous other federal lawsuits pending against it alleging similar violations as stated in this Complaint.

28. Recently Wells Fargo agreed to pay a class action settlement in the amount of 14.5 million dollars in *Franklin v. Wells Fargo Bank NA*, 3:14-cv-02349 (S.D. California) under

the allegations of harassing consumers in violation of the TCPA by repeatedly calling them concerning credit card debts (See Attached Exhibit "1").

29. Wells Fargo has numerous complaints across the country against it asserting that its automatic telephone dialing system continues to call the wrong party.

30. Wells Fargo has had numerous complaints from consumers across the country against it asking to not be called; however, Defendant continues to call the consumers.

31. A very small sampling of the online complaints that can be found against Wells Fargo for one of the numbers (800-289-8004) it utilized to harass Plaintiff and other consumers is attached hereto as Exhibit "2")

32. Wells Fargo's corporate policy provided no means for Plaintiff to have his number removed from the call list.

33. Wells Fargo has a corporate policy to harass and abuse individuals despite actual knowledge the called parties do not owe the alleged debt.

34. Plaintiff did not expressly consent to Wells Fargo's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Wells Fargo's placement of the calls.

35. Not a single call placed by Wells Fargo to Plaintiff were placed for "emergency purposes" as specified in 47 U.S.C. § 227(b)(1)(A).

36. Wells Fargo willfully and/or knowingly violated the TCPA with respect to Plaintiff.

**COUNT I**
**(Violation of the TCPA)**

37. Plaintiff incorporates above paragraphs one (1) through thirty-six (36) as if fully stated herein.

38. Defendant willfully violated the TCPA with respect to Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

39. Wells Fargo repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Wells Fargo for statutory damages, punitive damages, actual damages, treble damages, costs, interest, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

**COUNT II**
**(Violation of the FCCPA)**

40. Plaintiff incorporates above paragraphs one (1) through thirty-six (36) as if fully stated herein.

41. At all times relevant to this action Wells Fargo is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

42. Wells Fargo has violated Florida Statute § 559.72(7) by willfully communicating with the debtor or any member of his or her family with such frequency as can reasonably be expected to harass the debtor or his or her family.

43. Wells Fargo has violated Florida Statute § 559.72(7) by willfully engaging in other conduct which can reasonably be expected to abuse or harass the debtor or any member of his or her family.

44. Wells Fargo has violated Florida Statute § 559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows the debt is not legitimate.

45. Wells Fargo actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute § 559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Wells Fargo for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
jplaceres@forthepeople.com
Florida Bar #: 0338620
Attorney for Plaintiff

LAW360

**Portfolio Media. Inc.** | 860 Broadway, 6th Floor | New York, NY 10003 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Wells Fargo To Pay $14.5M To End Debt Collection TCPA Suit

By **Lance Duroni**

Law360, Chicago (December 23, 2014, 3:56 PM ET) -- Wells Fargo Bank NA has agreed to pay $14.5 million to settle allegations that it badgered millions of consumers by unlawfully calling them on their cellphones to collect credit card debts, according to documents filed Monday in California federal court.

Plaintiff Lillian Franklin lodged a motion seeking preliminary approval of the deal, which would resolve her suit claiming the bank violated the Telephone Consumer Protection Act by making automated calls to alleged debtors without their consent.

Under the settlement, the money will be split evenly between however many of the 4 million class members submit claims. But the class won't share in the entire $14.5 million, as nearly $3 million is going to cover notice and administration costs and Wells Fargo has consented to as much as $3.6 million in attorneys' fees for Franklin's counsel, according to the motion.

In agreeing to the deal, Wells Fargo continued to deny all the complaint's allegations, including that it violated the TCPA and that its equipment amounted to an "autodialer" subject to the act. The bank decided to settle the case anyway, according to the motion, to avoid the expense and uncertainty of fighting it out in court.

Franklin acknowledged risks of continued litigation as well, noting that a jury or the courts could find that class members had consented to the calls, or that the bank's machines weren't actually autodialers.

"Despite said risks, uncertainties and delays, the proposed settlement provides each class member with a significant award," the motion said. "Franklin asserts that the current settlement is fundamentally fair, reasonable and adequate."

Franklin also pointed out that the $14.5 million pact is "significantly larger" than many other TCPA class settlements that have won approval in federal courts, citing deals ranging from $750,000 to $4.5 million.

An attorney for Franklin declined comment on the settlement Tuesday.

Franklin filed suit in August, alleging Wells Fargo made multiple calls to her cellphone in 2010 seeking to collect an alleged credit card debt. The calls featured a prerecorded message and were made without Franklin's consent, according to the suit.

She had sought $500 per negligent violation of the TCPA, and $1,500 for each willful violation, along with injunctive relief.

EXHIBIT
1

Monday's deal isn't the first time Wells Fargo has shelled out millions to avoid fighting a TCPA suit. The bank's home mortgage unit and Freddie Mac **agreed to a $17 million deal** in June 2012 to end a suit accusing them of pitching account services for home mortgages and auto loans through unsolicited calls to cellphones.

The plaintiff in that case, Alberto Malta, was represented by the same counsel as Franklin.

Franklin is represented by Abbas Kazerounian and Matthew M. Loker of Kazerouni Law Group APC, Joshua B. Swigart of Hyde & Swigart and Douglas J. Campion.

Wells Fargo is represented by Eric J. Troutman and Mark D. Lonergan of Severson & Werson PC.

The case is Franklin v. Wells Fargo Bank NA, case number 3:14-cv-02349, in the U.S. District Court for the Southern District of California.

--Editing by John Quinn.

All Content © 2003-2016, Portfolio Media, Inc.

**8002898004**

Did you get a call from 8002898004? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-289-8004
Toll-free




1 2 3 ... 12 13 14 15 16 17 18 Next

**Tired of this BS**
10 Oct 2014

0

Answered a call from 800-289-8004 it was a pre recorded message saying " this is wells fargo card services, please call 898- 800 click... Beep beep beep.
So they call me and ask me to call them.
Must be very important. They cant even figure out how to make an outgoing message work properly and they want to handle peoples money. I do not now nor have I ever had Business with wells fargo or Wachovia.
Yet they have been calling for months. I have had the same landline# for 14 years so its not like I have someones old # from a couple years ago who's dodging creditors. Seems weird.

*Caller: Claims to be Wells Fargo*

**Jen**
24 Oct 2014

0

I just got a call from this number at 8:20 p.m EST. I sent it to voicemail. It was hold music then a recording saying 'get the most secure checking account' and then it hung up. No company name. I have nothing at all with Wells Fargo. Maybe a wrong number?? It didn't give a company name.

*Caller: Unk*

EXHIBIT
2

**Lyle**

12 Dec 2014

0

Just got a call from 800-289-8004. Decided to answer, and after several seconds of silence someone started speaking in spanish. I disconnected

**Lynn b**

11 Feb 2015

0

Don't know who's calling from this number.

**vatx**

16 Feb 2015

0

caller ID says Wachovia dealer but when I reversed it then it says Wells Fargo... We do have a mortgage & auto with them. I put her on hold since I was at work but she did not hold long enough to get more info from her about which one she was calling about.

*Caller: Wells Fargo*

*Call Type: Debt Collector*

**DfrmAZ**

17 Feb 2015

0

I purchased a car going on two weeks ago now. I received a call today from this number, I do not answer unsolicited calls from numbers I do not know. I received a letter in the mail today as well stating that Wells Fargo had aquired my loan. (bought it from another lender). Reading the other post about this number I think it is Wells Fargo. I am a bit hard headed, and I believe that that a message should be left out of courtesy. I stand by my Dumb [***] way ?????. If they can not leave a message, I can not call them back.

**Pam**

18 Feb 2015

I bought a new car 11 days ago. Wells Fargo Dealer Services is probably who it really is, unless there is some scam pretending to be them.

---

**Jennifer**

3 Mar 2015

0

I am so sick of all these telemarketers getting my cell phone number and calling me. And they don't stop calling either.

*Caller: Not sure as they never leave a message*

*Call Type: Telemarketer*

---

**Mike B**

12 Mar 2015

0

I keep getting a call from this phone number, and sometimes they call before 8:00 a.m. on the weekend. Since I strictly use my cell phone as my main line, the phone number that they are calling is my "home" phone number, which also happens to be a brand new number since I just moved into this home from another state a few months ago. Interestingly enough, this company never leaves a message, and I have never given out that phone number to anyone. I also do not have, or have I ever had, an account with Wachovia or Wells Fargo. I am guessing that they are calling looking for the person that had the phone number prior to the Cable company assigning it to me. Since I never give out the home number that they are calling, I just have the ringer turned off so that I will never be bothered again!

*Caller: Wachovia Dealer Services*

---

**Aeriana**

19 Mar 2015 | 1 reply

0

We keep getting calls from this number at least 5 times a day, when we answer there is only silence. We are a business and this is very disruptive to our business as it takes us away from our customers.

**Dr.eve** replies to Aeriana

13 Aug 2015

0

I get this too, is this a scam to put in your bank account or ssn# ?

**Howard**

15 Apr 2015

0

I do not answer unrecognized numbers, so if you don't leave a message you will never get me.

**Ana**

22 Apr 2015 | 3 replies

-1

This was Wells Fargo Dealer Services. Just bought a new car and they wanted to congratulate me and confirm details and state payment amount and first due date. They did call me twice yesterday and didn't leave a voice mail but decided to answer today after reading on here it was Wells Fargo Dealer Services. The guy provided me my account number so that I could set up my sign on online and I just did with the account number he provided. It's a legit call so you should pick up.

**stacey** replies to Ana

31 Jul 2015

0

Thank you.. This was the most helpful response I have read on here..

**Dr eve** replies to Ana

13 Aug 2015

0

Youre lying

**brian** replies to Ana

18 Nov 2015

I would not give any information or confirm any data on the phone from an 800 number. The proper and professional way to handle this is by mail. # blocked.

**Ron Karam**
12 May 2015

0

We have received 3 calls from this number. I let it go to voice mail and they hang up. There are a lot of complaints for this number listed at 800notes.com.

**Jordan**
27 May 2015

0

By default I don't answer 1-800 numbers. I also usually don't answer for regular numbers I don't know. If you are legit, leave me a voicemail and I'll return the call or answer the next time you call.

**no name NH**
2 Jun 2015

0

They call leave a message telling me to call during normal business hours.
Some thing is fishy all my payments are on for the last for years!

*Caller: Wells Fargo*

*Call Type: Telemarketer*

**hook**
11 Jun 2015

+1

robotic voice mail left asking me to call during normal business hours. I have no business with wells or wachovia.

*Caller: wells Fargo dealer services*

1 2 3 ... 12 13 14 15 16 17 18 Next

College Test Prep Courses
SAT • ACT • PERT
School of Continuing Education & Professional Development
AdChoices

Other phone numbers in the 800 area code