**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MICHAEL SMITH,

Plaintiff,

v. Case No. 5:16-cv-140-Oc-32PRL

WELLS FARGO BANK, N.A.,

Defendant.

---

**ORDER**

Upon review of the Joint Stipulation of Dismissal (Doc. 19), filed on July 13, 2016, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of July, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record